1 | SCOTT C. CLARKSON, ESQ. SBN 143271
2 | EVE A. MARSELLA, ESQ. SBN 165797
  | CHRISTINE M. FITZGERALD, ESQ. SBN 259014
  | CLARKSON, GORE & MARSELLA
3 | A PROFESSIONAL LAW CORPORATION
  | 3424 Carson Street, Suite 350
4 | Torrance, California 90503
  | (310) 542-0111 Telephone
5 | (310) 214-7254 Facsimile

6 | Attorneys for Wei Xu and Le Du, Debtors and Debtors in Possession

7 | UNITED STATES BANKRUPTCY COURT

8 | CENTRAL DISTRICT OF CALIFORNIA

9 | LOS ANGELES DIVISION

In re

WEI XU and LE DU,

    Debtors and Debtors
    in Possession.

Case No. 2:09-bk-24637-RN

Chapter 11

NOTICE OF CONTINUED HEARING DATE ON DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Old Hearing Date:
Date: May 12, 2010
Time: 10:30 a.m.
Ctrm: 1645
    255 E. Temple Street
    Los Angeles, CA 90012

New Hearing Date:
Date: May 18, 2010
Time: 10:30 a.m.
Ctrm: 1645
    255 E. Temple Street
    Los Angeles, CA 90012

**PLEASE TAKE NOTICE** that the hearing date on the Debtor's Motion for Approval of Settlement Agreement has been continued from May 12, 2010 at 10:30 a.m. in courtroom 1645 located at 255 E. Temple Street, Los Angeles, CA, 90012, to May 18, 2010 at 10:30 a.m. in courtroom 1645 located at 255 E. Temple Street, Los Angeles, CA 90012.

///

///

Notice of Continued Hearing Date on Motion to Approve Settlement

1

1  Dated: April 30, 2010

CLARKSON, GORE & MARSELLA
A Professional Law Corporation

By: /s/ Scott C. Clarkson
Scott C. Clarkson
Eve A. Marsella
Christine M. Fitzgerald
Attorneys for Wei Xu and Le Du
Chapter 11 Debtors and Debtors in Possession

| In re:<br><br>Wei Xu and Le Du,<br><br>Debtor(s) and<br>Debtor in Possession | CHAPTER 11<br><br>CASE NUMBER: 2:09-bk-24637-RN |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3424 Carson Street, Suite 350, Torrance, CA 90503**

A true and correct copy of the foregoing document described **NOTICE OF CONTINUED HEARING DATE ON DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 30, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached list**

☒ Service information continued on attached page

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2010 | Brenda L. Campos | /s/ Campos |
|---|---|---|
| Date | Type Name | Signature |

| In re:                          | CHAPTER  11                          |
|                                 |                                      |
| Wei Xu and Le Du,               | CASE NUMBER:  2:09-bk-24637-RN       |
|                                 |                                      |
| Debtor(s) and Debtor in Possession |                                   |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

### Counsel for Creditor Shui Yan Cheng and
### Counsel for Creditor Shaoxing City Maolong Wuzhong Down Products
Scott L Keehn    scottk@keehnlaw.com, scottk@keehnlaw.com; cynthial@keehnlaw.com; lesliek@keehnlaw.com; lisak@keehnlaw.com; corrinen@keehnlaw.com

### Counsel for Creditor Shaoxing City Maolong Wuzhong Down Products Co., Ltd.
Ian Landsberg    ilandsberg@lm-lawyers.com, bgomelsky@landsberg-law.com; rbenitez@landsberg-law.com

### Counsel for U.S. Trustee
Dare Law    dare.law@usdoj.gov

### U.S. Trustee
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov


**SERVED BY U.S. MAIL**

### Judge
Honorable Richard M. Neiter
255 East Temple Street, Suite 1652
Los Angeles, CA  90012

### Creditor

Aeolus Down, Inc.
14050 Norton Avenue
Chino, CA  91710-5461

### Counsel for Creditor Shui Yan Cheng and
### Counsel for Creditor Shaoxing City Maolong Wuzhong Down Products
c/o Law Offices of Gary Hollingsworth
2920 Huntington Drive, Suite 218
San Marino, CA  91108-2206

Zhejiang Liuqiao Feather Co Lt
851 Datong Road
Xiashan District
Hangzhaou Zijian,
China  311201

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              **F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| Wei Xu and Le Du, | CASE NUMBER: 2:09-bk-24637-RN |
| Debtor(s) and Debtor in Possession | |

## U.S. Mail Notice (cont'd)

<u>Counsel for Co-Debtor Wei Dong</u>
Steve Biegenzahn, Esq.
275 Malcolm Dr.
Pasadena, CA 91105

International Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

INTERNAL REVENUE SERVICE
300 North Los Angeles Street
M/S 5022
Los Angeles, CA 90012

Zhejiang Hengdi Bedding Co Ltd
851 Datong Rd.
Xiaoshan District
Hangzhou Zejian,
China, 311201

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 9013-3.1